## General Acceptance Corporation v. Mayo, Appellant.

Argued January 14, 1964. Before Bell, C. J., Musmanno, Cohen, Eagen, O'Brien and Roberts, JJ.

*John M. Metzger,* for appellant.

*Paul A. McGinley,* for appellee.

OPINION PER CURIAM, March 17, 1964:
Judgment affirmed.